```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MICHAEL A. CARTER and MEREDITH CARTER,   :
                          Plaintiffs,    :
                                         :
            -v-                          :
                                         :
36 HUDSON ASSOCIATES, LLC, JOSEPH PELL   :
LOMBARDI & ASSOCIATES, ARCHITECTS,       :
JOSEPH PELL LOMBARDI, TRIBECA 22         :
INVESTMENT LTD., SERVET HARUNOGLU,       :
ONURHAN HOMRIS, and ADG ARCHITECTURE &   :
DESIGN, P.C.,                            :
                          Defendants.    :   09 Civ. 4328 (DLC)
----------------------------------------:
                                         :       ORDER
36 HUDSON ASSOCIATES, LLC,               :
                          Third-Party    :
                          Plaintiff,     :
                                         :
            -v-                          :
                                         :
FBR CONSTRUCTION GROUP LLC and JAY       :
FURMAN,                                  :
                          Third-Party    :
                          Defendants.    :
----------------------------------------:
                                         :
FBR CONSTRUCTION GROUP LLC and JAY       :
FURMAN,                                  :
                          Fourth-Party   :
                          Plaintiffs,    :
                                         :
            -v-                          :
                                         :
L'ABBAYE REAL ESTATE, LLC, DAMO          :
CONSTRUCTION CO, INC., and ZR            :
CONTINENTAL CORP.,                       :
                          Fourth-Party   :
                          Defendants.    :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/10

DENISE COTE, District Judge:

In letters of August 3 and August 9, 2010, 36 Hudson Associates, LLC ("36 Hudson") and FBR Construction Group and Jay Furman ("the FBR Parties") request the Court's assistance in the drafting of a stipulation which would assist them in eliminating duplicative litigation in concurrent state and federal lawsuits. 36 Hudson had offered to enter such a stipulation when it opposed the motion by the FBR Parties requesting that this Court abstain from exercising jurisdiction over 36 Hudson's claims against it. The June 17, 2010 Opinion denying the motion relied in part on 36 Hudson's proffered stipulation. Carter v. 36 Hudson Assocs., LLC, No. 09 Civ. 4328(DLC), 2010 WL 2473834, at *4 (S.D.N.Y. June 17, 2010). Having considered the parties' recent correspondence with the Court, it is hereby

ORDERED that the parties shall discuss with each other executing a stipulation in which 36 Hudson, in sum and substance, agrees that it shall not raise in state court any claims it may have against the FBR Parties for damages arising from the failure to keep the Temporary Certificate of Occupancy in effect starting in January 2009.

IT IS FURTHER ORDERED that, in the event the parties are unable to agree on a stipulation, that there shall be a

2

telephone conference with the Court on **August 23 at 11:00 am.**

SO ORDERED:

Dated:    New York, New York
          August 11, 2010

                                          _____
                                                 DENISE COTE
                                          United States District Judge