

# SHEPS LAW GROUP
*Attorneys at Law*

35 Pinelawn Road • Suite 106 East • Melville, NY 11747 • Tel (631) 249-5600 • Fax (631) 249-5613

# MEMO ENDORSED

August 11, 2010

Hon. Denise Cote
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 12 2010
CHAMBERS OF
DENISE COTE

Re:  Carter v. 36 Hudson Associates, et al. (1:09-cv-4328)
Our File No.: 7359

Dear Judge Cote:

We represent Plaintiffs in the above matter. Looking at the date of the settlement conference of September 10, 2010, we realize that this is a religious holiday for some counsel.

Might it be possible to reschedule the conference to the next available date? We appreciate your time and consideration in this respect.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10

Very truly yours,

SHEPS LAW GROUP, P.C.

ROBERT C. SHEPS

Cc:

Kenneth G. Roberts, Esq. *(Via Email)*
Fran M. Jacobs, Esq. *(Via Email)*
Thomas R. Newman, Esq. *(Via Email)*
Steven R. Goldstein, Esq. *(Via Email)*
Bryan Schwartz, Esq. *(via email)*

*The conference is adjourned to Sept. 14 at 2:00 pm.*

*Denise Cote*
*August 12, 2010*

Buffalo • NEW YORK City • Newark