UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL A. CARTER and MEREDITH CARTER,             :

                Plaintiffs,             :        09 Civ. 4328 (DLC)

    -against-                                            :

36 HUDSON ASSOCIATES, LLC, JOSEPH PELL   :
LOMBARDI & ASSOCIATES, ARCHITECTS,
JOSEPH PELL LOMBARDI, TRIBECA 22              :
INVESTMENTS LTD., SERVET HARUNOGLU,
ONURHAN HOMRIS and ADG ARCHITECTURE    :
& DESIGN, P.C.,                                              STIPULATION
                                              :        AND ORDER
                Defendants.
--------------------------------------------------------------x
36 HUDSON ASSOCIATES, LLC.,                            :

                Third-Party Plaintiff,   :

    -against-                                            :

FBR CONSTRUCTION GROUP LLC                         :
and JAY FURMAN,
                                              :
                Third-Party Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/10

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned,

counsel for Third-party Plaintiff and counsel for Third-party Defendants, as follows:

      Third-party plaintiff shall raise in this Court, and shall not raise in state court, any claims

it may have against Third-Party Defendants for damages arising from the failure to keep the

Temporary Certificate of Occupancy for the Mohawk Atelier Condominium in effect starting

January 2009.

So ordered.

Dated: New York, NY
        August ___, 2010

Aug. 23, 2010

DM1\2233094.1

DUANE MORRIS LLP

By: *Fran M. Jacobs*
Thomas R. Newman
Fran M. Jacobs
1540 Broadway
New York, NY 10036-4086
(212) 692-1000
Attorneys for Third-Party Plaintiff

COZEN O'CONNOR

By: [signature]
Kenneth G. Roberts
James L. Simpson
277 Park Avenue
New York, NY 10177
(212) 509-1400
Attorneys for Third-Party Defendants

SO ORDERED:

_____
U.S.D.J.