UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL A. CARTER and                                  :
MEREDITH CARTER,                                          09-cv-4328 (DLC)
                                                                        :
            Plaintiffs,
                                                                        :
    -against-
                                                                        :       **FOURTH-PARTY**
36 HUDSON ASSOCIATES, LLC, JOSEPH PELL             **PLAINTIFFS' REPLY TO**
LOMBARDI & ASSOCIATES, ARCHITECTS,     :       **FOURTH-PARTY**
JOSEPH PELL LOMBARDI, TRIBECA 22                   **DEFENDANT L'ABBAYE**
INVESTMENT LTD., SERVET HARUNOGLU,    :       **REAL ESTATE, LLC'S**
ONURHAN HOMRIS, ADG ARCHITECTURE &           **COUNTERCLAIM**
DESIGN, P.C.,                                                    :

            Defendants.                         :
-------------------------------------------------------------------x
36 HUDSON ASSOCIATES, LLC,                           :

            Third-Party Plaintiff,              :

    -against-                                                 :

FBR CONSTRUCTION GROUP LLC                        :
and JAY FURMAN,
                                                                        :
            Third-Party Defendants.
-------------------------------------------------------------------x
FBR CONSTRUCTION GROUP LLC and JAY   :
FURMAN,
                                                                        :
            Fourth-Party Plaintiffs,
                                                                        :
    -against-
                                                                        :
L'ABBAYE REAL ESTATE, LLC, DAMO
CONSTRUCTION CO., INC. and ZR                      :
CONTINENTAL CORP.,

            Fourth-Party Defendants.
-------------------------------------------------------------------x

Fourth-Party Plaintiffs FBR Construction Group LLC and Jay Furman, by their attorneys, Cozen O'Connor, for their reply to the counterclaim of Fourth-Party Defendant L'Abbaye Real Estate, LLC, deny the allegations contained in paragraph 39 of Fourth-Party Defendant L'Abbaye Real Estate, LLC's answer dated August 16, 2010.

**WHEREFORE,** Fourth-Party Plaintiffs demand judgment:

A. Dismissing Fourth-Party Defendant L'Abbaye Real Estate, LLC's counterclaim; and

B. Granting such other and further relief as the Court deems just and proper, together with costs and expenses.

Dated: New York, New York
September 7, 2010

COZEN O'CONNOR


By: _____/s/_____
Kenneth G. Roberts (kroberts@cozen.com)
James L. Simpson (jsimpson@cozen.com)
277 Park Avenue
New York, NY 10172
(212) 883-4900

Attorneys for Fourth-Party Plaintiffs FBR Construction Group LLC and Jay Furman