```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MICHAEL A. CARTER and MEREDITH CARTER,   :

                Plaintiffs,              :

         -v-                             :

36 HUDSON ASSOCIATES, LLC, JOSEPH PELL   :
LOMBARDI & ASSOCIATES, ARCHITECTS,       :
JOSEPH PELL LOMBARDI, TRIBECA 22         :
INVESTMENT LTD., SERVET HARUNOGLU,       :
ONURHAN HOMRIS, and ADG ARCHITECTURE &   :
DESIGN, P.C.,                            :

                Defendants.              :
---------------------------------        :
36 HUDSON ASSOCIATES, LLC,               :     09 Civ. 4328 (DLC)(HBP)

                Third-Party Plaintiff,   :        ORDER OF
                                               REFERENCE TO A
         -v-                             :     MAGISTRATE JUDGE

FBR CONSTRUCTION GROUP LLC and JAY       :
FURMAN,                                  :

                Third-Party Defendants.  :
                Defendants.              :
---------------------------------        :
FBR CONSTRUCTION GROUP LLC and JAY       :
FURMAN,                                  :
                Fourth-Party Plaintiffs, :

         -v-                             :

L'ABBAYE REAL ESTATE, LLC, DAMO          :
CONSTRUCTION CO., INC., and ZR           :
CONTINENTAL CORP., ,                     :

                Fourth-Party Defendants. :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/10

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute  _____  _____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| _X_ Settlement | ___ Social Security |

Dated:   New York, New York
         September 16, 2010

_____
DENISE COTE
United States District Judge

2