UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MICHAEL A. CARTER and MEREDITH CARTER,

                Plaintiffs,

   -against-

36 HUDSON ASSOCIATES, LLC., JOSEPH PELL
LOMBARDI & ASSOCIATES, ARCHITECTS,
JOSEPH PELL LOMBARDI, TRIBECA 22
INVESTMENT LTD., SERVET HARUNOGLU,
ONURHAN HOMRIS, ADG ARCHITECTURE &
DESIGN, P.C.,

                Defendants.
---------------------------------------------------------------------X
36 HUDSON ASSOCIATES, LLC.,

                Third Party Plaintiff,

   -against-

FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth party defendants.
---------------------------------------------------------------------X
FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth Party Plaintiffs,

   -against-

L'ABBAYE REAL ESTATE, LLC., DAMO
CONSTRUCTION CO, INC. and ZR
CONTINENTAL CORP.,

                Fourth Party Defendants.
---------------------------------------------------------------------X

NOTICE TO PRODUCE

09-cv-4328(DLC)

     **PLEASE TAKE NOTICE,** pursuant to the Federal Rules of Civil Procedure, the fourth-party plaintiffs and the plaintiffs herein are required to serve upon the undersigned on or before the **19th** day of **October, 2010,** the following items and materials:

1. True, correct and complete copies of all pleadings served to date with respect to the above action.

2. True, correct and complete copies of all discovery demands and responses served to date with respect to the above-captioned action.

3. If depositions have been conducted, true, correct and complete copies of all transcripts generated with respect to same.

4. A complete statement as to any and all damages allegedly sustained by the plaintiff, together with all documents supporting same.

5. If this is a subrogation action, a complete copy of the claims file maintained by the carrier for the plaintiff herein.

6. If a discovery schedule has been prepared with respect to this matter, a true, correct and complete copy thereof.

7. True, correct and complete copies of any and all contracts or other agreements which allegedly give rise to any cause of action set forth in the plaintiff's Complaint and/or the fourth-party plaintiffs' Complaint.

DATED: White Plains, New York
September 13, 2010

Yours, etc.

HODGES, WALSH & SLATER LLP
By: _____
STEPHEN H. SLATER
Attorneys for Fourth Party Defendant
ZR CONTINENTAL CORP.
55 Church St. – Suite 211
White Plains, New York 10601
(914) 385-6000

TO: COZEN O'CONNOR
Attorneys for Third Party Defendants/
Fourth Party Plaintiffs
350 Park Avenue
New York, N.Y. 10177
(212) 986-1116