UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL A. CARTER and MEREDITH CARTER,

                Plaintiffs,

-against-

36 HUDSON ASSOCIATES, LLC., JOSEPH PELL
LOMBARDI & ASSOCIATES, ARCHITECTS,
JOSEPH PELL LOMBARDI, TRIBECA 22
INVESTMENT LTD., SERVET HARUNOGLU,
ONURHAN HOMRIS, ADG ARCHITECTURE &
DESIGN, P.C.,

                Defendants.
-------------------------------------------------------------------X
36 HUDSON ASSOCIATES, LLC.,

                Third Party Plaintiff,

-against-

FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth party defendants.
-------------------------------------------------------------------X
FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth Party Plaintiffs,

-against-

L'ABBAYE REAL ESTATE, LLC., DAMO
CONSTRUCTION CO, INC. and ZR
CONTINENTAL CORP.,

                Fourth Party Defendants.
-------------------------------------------------------------------X

DEMAND FOR
VERIFIED BILL
OF PARTICULARS

09-cv-4328(DLC)

      **PLEASE TAKE NOTICE,** pursuant to the Federal Rules of Civil Procedure, the fourth-party plaintiffs are required to serve upon the undersigned within thirty (30) days of receipt of this demand, a Verified Bill of Particulars as to the following:

1. State the acts and/or omissions constituting the claim that the work performed by the defendant ZR CONTINENTAL CORP. was defective.

2. State, with particularity, the acts and/or omissions constituting the negligence on the part of the fourth-party defendant, ZR CONTINENTAL CORP. as alleged in the fourth party complaint.

3. State, with particularity, the manner in which it is alleged that the defendant ZR CONTINENTAL CORP. wrongfully altered, damaged and replaced certain work performed and materials furnished by the fourth party plaintiff in the basement.

4. State, with particularity, the acts and/or omissions constituting the claim that the fourth party defendant ZR CONTINENTAL CORP. interfered with the fourth party plaintiff's work under the construction contract.

5. State the damages alleged as a result of the acts and/or omissions as alleged against the fourth party defendant ZR CONTINENTAL CORP.

6. State the acts and/or omissions constituting the claim that the fourth party defendant ZR CONTINENTAL CORP.'s work was defective and breached any duty owing to the fourth party plaintiff herein.

7. State, with particularity, the damages alleged as a result of the allegation that the fourth party defendant ZR CONTINENTAL CORP. negligently or intentionally performed work to

   a) pipe insulation
   b) ceiling insulation
   c) HVAC risers for residential units
   d) active risers

e)   ventilation systems

f)   firestopping

g)   heating units

h)   ceiling mounted air conditioning units

i)   commercial kitchen exhaust duct and fan

j)   lowering of basement floor elevation

i)   claims involving the ejector pit

k)   structural beams and walls

l)   structural layout of the basement

m)   ventilation systems, boiler duct work, HVAC duct work, sanitary and storm drain lines, potable water lines, HVAC coolant and heating lines, fire alarms systems and basement system branch lines.

8.   Set forth a true, correct and complete copy of any and all bills of particulars and/or answers to interrogatories previously served in the above matter.

9.   With respect to the allegations in the fourth-party Complaint, set forth each and every act and/or omission constituting the alleged negligence on the part of the fourth-party defendant, ZR CONTINENTAL CORP.

DATED:   White Plains, New York
         September 13, 2010

                                              Yours, etc.,

                                              HODGES, WALSH & SLATER LLP
                                              By: _____
                                                   STEPHEN H. SLATER
                                              Attorneys for Fourth Party Defendant
                                              ZR CONTINENTAL CORP.
                                              55 Church St. – Suite 211
                                              White Plains, N.Y. 10601
                                              (914) 385-6000

TO: COZEN O'CONNER
Attorneys for Third Party Defendants/
Fourth Party Plaintiffs
FBR CONSTRUCTION GROUP LLC and
JAY FURMAN
27 Park Avenue
New York, N.Y. 10172
(212) 883-4900