```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL A. CARTER and MEREDITH CARTER,           DEMAND FOR
                                                 COLLATERAL SOURCE
                Plaintiffs,                      INFORMATION

    -against-                                    09-cv-4328(DLC)

36 HUDSON ASSOCIATES, LLC., JOSEPH PELL
LOMBARDI & ASSOCIATES, ARCHITECTS,
JOSEPH PELL LOMBARDI, TRIBECA 22
INVESTMENT LTD., SERVET HARUNOGLU,
ONURHAN HOMRIS, ADG ARCHITECTURE &
DESIGN, P.C.,

                Defendants.
------------------------------------------------------------------X
36 HUDSON ASSOCIATES, LLC.,

                Third Party Plaintiff,

    -against-

FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth party defendants.
------------------------------------------------------------------X
FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth Party Plaintiffs,

    -against-

L'ABBAYE REAL ESTATE, LLC., DAMO
CONSTRUCTION CO, INC. and ZR
CONTINENTAL CORP.,

                Fourth Party Defendants.
------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE,** that demand is hereby made upon you pursuant to the Federal Rules of Civil Procedure to produce and permit the undersigned attorneys to inspect and copy the contents of:

(a) Each and every collateral source of payment, including, but not limited to insurance agreements and any other collateral source of payment for the pat or future costs or expenses alleged to have been incurred by the plaintiff and for which recovery is sought in the instant action; and

(b) A written statement setting forth any and all such collateral sources and their amounts.

**PLEASE TAKE NOTICE,** that demand is hereby made upon you to produce duly executed written authorizations permitting the undersigned attorneys to obtain and make copies of all records relating to collateral source information as set forth herein.

**PLEASE TAKE FURTHER NOTICE,** that failure to produce said collateral sources of payment at the offices of the undersigned within twenty (20) days from the date herein, will result in a motion for the appropriate relief.

DATED: White Plains, New York
September 13, 2010

Yours, etc.

HODGES, WALSH & SLATER LLP
By: _____
STEPHEN H. SLATER
Attorneys for Fourth Party Defendant
ZR CONTINENTAL CORP.
55 Church St. – Suite 211
White Plains, New York  10601
(914) 385-6000

TO: COZEN O'CONNOR
Attorneys for Third Party Defendants/
Fourth Party Plaintiffs
350 Park Avenue
New York, N.Y.  10177
(212) 986-1116