UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL A. CARTER and MEREDITH CARTER,

                Plaintiffs,

    -against-

36 HUDSON ASSOCIATES, LLC., JOSEPH PELL
LOMBARDI & ASSOCIATES, ARCHITECTS,
JOSEPH PELL LOMBARDI, TRIBECA 22
INVESTMENT LTD., SERVET HARUNOGLU,
ONURHAN HOMRIS, ADG ARCHITECTURE &
DESIGN, P.C.,

                Defendants.
-------------------------------------------------------------------X
36 HUDSON ASSOCIATES, LLC.,

                Third Party Plaintiff,

    -against-

FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth party defendants.
-------------------------------------------------------------------X
FBR CONSTRUCTION GROUP LLC
And JAY FURMAN,

                Fourth Party Plaintiffs,

    -against-

L'ABBAYE REAL ESTATE, LLC., DAMO
CONSTRUCTION CO, INC. and ZR
CONTINENTAL CORP.,

                Fourth Party Defendants.
-------------------------------------------------------------------X

NOTICE TO TAKE
DEPOSITION UPON
ORAL
EXAMINATION
09-cv-4328(DLC)

**COUNSELORS:**

    **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, the testimony upon oral examination **OF ALL PARTIES**, will be taken before a  before a Notary Public who is not an attorney, or employee of an attorney, for any party or

prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the law offices of Hodges, Walsh & Slater, 55 Church Street, Suite 211, White Plains, New York, on the **10th day of November, 2010, at 10:00 a.m.** o'clock in the forenoon of that day with respect to evidence material and necessary in the defense of this action.

That the said persons to be examined are required to produce at such examination the following: any and all books, records, memoranda and any other writing pertaining to the within action.

DATED: White Plains, New York
September 13, 2010

Yours, etc.

HODGES, WALSH & SLATER LLP
By: _____
STEPHEN H. SLATER
Attorneys for Fourth Party Defendant
ZR CONTINENTAL CORP.
55 Church St. – Suite 211
White Plains, New York  10601
(914) 385-6000

TO: COZEN O'CONNOR
Attorneys for Third Party Defendants/
Fourth Party Plaintiffs
350 Park Avenue
New York, N.Y.  10177
(212) 986-1116