# COZEN
## O'CONNOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/10

A PROFESSIONAL CORPORATION

277 PARK AVENUE   NEW YORK, NY 10172   212.883.4900   888.864.3013   212.986.0604 FAX   www.cozen.com

October 27, 2010

*Application granted*

**Kenneth G. Roberts**
Direct Phone 212.883.4914
Direct Fax 877.836.0591
kroberts@cozen.com

**BY FAX (212-805-6111)**

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
10-27-10

Re:   Carter et al. v. 36 Hudson et al. v. FBR et al. v. L'Abbaye et al.
      09 Civ. 4328 (DLC) (HP)

Dear Judge Pitman:

I am lead trial counsel for third-party defendant FBR Construction Group LLC ("FBR") and its principal, third-party defendant Jay Furman ("Furman"), in the above-referenced action.

I am writing to request that the FBR employee with the most knowledge of this matter be allowed to appear with me for FBR and Furman at the settlement conference scheduled for November 3, 2010 before your Honor, instead of Furman, because Furman will be in Europe at that time. The FBR employee with the most knowledge of this matter was the Construction Manager of the entire project, Mr. Philip Caccese, who is available to attend with me.

Yesterday, I asked all counsel by email if they object to this request and have not received any objections.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Kenneth G. Roberts (kroberts@cozen.com)

cc (by email):   Robert Sheps, Esq.
                 Fran Jacobs, Esq.
                 Steven Goldstein, Esq.
                 Bryan Schwartz, Esq.
                 Stephen Slater, Esq.
                 Aglaia Papadopoulos-Vlantes, Esq.