

## COZEN O'CONNOR

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10
```

A PROFESSIONAL CORPORATION

277 PARK AVENUE   NEW YORK, NY 10172   212.883.4900   888.864.3013   212.986.0604 FAX   www.cozen.com

December 29, 2010

**Kenneth G. Roberts**
Direct Phone 212.883.4914
Direct Fax 877.836.0591
kroberts@cozen.com

**BY FAX (212-805-6111)**

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Carter et al. v. 36 Hudson et al. v. FBR et al. v. L'Abbaye et al.
    09 Civ. 4328 (DLC) (HP)

Dear Judge Pitman:

We represent third-party defendant FBR Construction Group LLC ("FBR") and its principal, third-party defendant Jay Furman ("Furman"), in the above-referenced action.

We respectfully request that we not be required to attend the January 4, 2011 hearing concerning the alleged November 17, 2010 settlement – because there is not, and cannot be, any allegation that we were involved in the alleged settlement.

On November 15, at 11:05 a.m., I wrote to all counsel: "FBR and Furman hereby withdraw their offer of settlement in this matter." (Copy attached).

Ten minutes later, at 11:15 a.m., plaintiffs' counsel, Mr. Sheps, replied: "How can you withdraw an offer never presented? But duly noted for whatever it's worth." (Copy attached) (emphasis added).

The next I heard was on November 17, when Mr. Sheps wrote to all counsel: "This email is to confirm a settlement of the case between the Carters and the named defendants for a joint package of $160,000." (Copy attached).

Mr. Sheps has never alleged that FBR and Furman were part of the November 17 settlement – nor could he, in light of our express prior withdrawal.

Hon. Henry Pitman
December 29, 2010
Page 2

---

We therefore respectfully request that we not be required to appear on January 4th.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Kenneth G. Roberts (kroberts@cozen.com)

cc (by email):　ALL COUNSEL:
　　　　　　　　Robert Sheps, Esq.
　　　　　　　　Fran Jacobs, Esq.
　　　　　　　　Steven Goldstein, Esq.
　　　　　　　　Bryan Schwartz, Esq.
　　　　　　　　Stephen Slater, Esq.
　　　　　　　　Aglaia Papadopoulos-Vlantes, Esq.

---

IF FBL SEEKS TO OFFER ANY EVIDENCE ON THE ISSUE OF WHETHER THERE IS A SETTLEMENT, IT MUST DO SO AT THE JANUARY 4 HEARING. IN THE ABSENCE OF A STIPULATION, I SHALL NOT CONSIDER HEARSAY SUBMISSIONS MADE OUTSIDE OF THE HEARING. COUNSEL IS FREE TO ATTEND & PARTICIPATE IN THE HEARING & IS ALSO FREE TO WAIVE HIS RIGHT TO BE HEARD, AS COUNSEL CHOOSES.

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
12-29-10

## Roberts, Kenneth G.

| | |
|---|---|
| **From:** | Roberts, Kenneth G. |
| **Sent:** | Monday, November 15, 2010 10:36 AM |
| **To:** | Aglaia Papadopoulos-Vlantes (vlantes@aol.com); Bryan Schwartz (bschwartz@lbbslaw.com); Fran Jacobs (fmjacobs@duanemorris.com); NASP[rsheps@shepslaw.com]; Stephen Slater (sslater@hwslaw.com); Steve Goldstein (sgoldstein@sacslaw.com) |
| **Cc:** | 'Jay Furman'; Simpson, James L. |
| **Subject:** | Carter v. 36 Hudson v. FBR v. L'Abbaye |

FBR and Furman hereby withdraw their offer of settlement in this matter.

**Kenneth G. Roberts | Cozen O'Connor**
277 Park Avenue | New York, NY 10172 | P: 212.883.4914 | F: 877.836.0591
kroberts@cozen.com | www.cozen.com

 *Please consider the environment before printing this email or its attachments.*

1

## Roberts, Kenneth G.

| | |
|---|---|
| **From:** | Robert Sheps [rsheps@shepslaw.com] |
| **Sent:** | Monday, November 15, 2010 11:15 AM |
| **To:** | Roberts, Kenneth G. |
| **Cc:** | vlantes@aol.com; bschwartz@lbbslaw.com; fmjacobs@duanemorris.com; sslater@hwslaw.com; sgoldstein@sacslaw.com; Jay Furman; Simpson, James L. |
| **Subject:** | Re: Carter v. 36 Hudson v. FBR v. L'Abbaye |

How can you withdraw an offer never presented? But duly noted for whatever it's worth.

Regards,
Robert Sheps


On Nov 15, 2010, at 11:05 AM, "Roberts, Kenneth G." <KRoberts@cozen.com> wrote:

> FBR and Furman hereby withdraw their offer of settlement in this matter.
>
>
> **Kenneth G. Roberts | Cozen O'Connor**
> 277 Park Avenue | New York, NY 10172 | P: 212.883.4914 | F: 877.836.0591
> kroberts@cozen.com | www.cozen.com
>
>
> 🌿 *Please consider the environment before printing this email or its attachments.*

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

## Roberts, Kenneth G.

| | |
|---|---|
| **From:** | Robert Sheps [rsheps@shepslaw.com] |
| **Sent:** | Wednesday, November 17, 2010 12:00 PM |
| **To:** | Jacobs, Fran M.; Aimee Alix |
| **Cc:** | bschwartz@lbbslaw.com; Roberts, Kenneth G.; Steven Goldstein; 'Beitler, Jeffrey R.'; sslater@hwslaw.com; vlantes@aol.com; Newman, Thomas R. |
| **Subject:** | RE: Carter v. 36 Hudson |

This email is to confirm a settlement of the case between the Carters and the named defendants for a joint package of $160,000.

Please provide me the specific breakdown of payments unless you are going to prepare the releases.

Thanks and regards,

Robert C. Sheps
Sheps Law Group, P.C.
35 Pinelawn Road
Suite 106 East
Melville, New York 11747
(ph) 631-249-5600 ext. 1002
(fax) 631-249-5613
(cell) 516-909-1228

1